| **Fill in this information to identify the case:** | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF DELAWARE | |
| Case number *(if known)* _____ Chapter __7__ | ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**  EO Charging US, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   30-1299340

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 355 S Main Street <br> Levels 1 & 2 <br> Greenville, SC 29601 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Greenville <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   www.eocharging.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **EO Charging US, Inc.**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **2389**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **EO Charging US, Inc.**     Case number (*if known*) _____
       Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **EO Charging US, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 22, 2025**
MM / DD / YYYY

**X /s/ Richard Staveley**
Signature of authorized representative of debtor

**Richard Staveley**
Printed name

Title **Director**

**18. Signature of attorney**

**X /s/ L. Katherine Good**
Signature of attorney for debtor

Date **October 22, 2025**
MM / DD / YYYY

**L. Katherine Good**
Printed name

**Potter Anderson & Corroon LLP**
Firm name

**1313 North Market Street, 6th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-984-6000**    Email address **kgood@potteranderson.com**

**5101 DE**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of Delaware**

In re **EO Charging US, Inc.**
Debtor(s)

Case No.
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **90,998.36** |
    | Prior to the filing of this statement I have received | $ **90,998.36** |
    | Balance Due | $ **0.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Advice regarding prepetition litigation and potential settlements of same.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 22, 2025**
*Date*

**/s/ L. Katherine Good**
**L. Katherine Good**
*Signature of Attorney*
**Potter Anderson & Corroon LLP**
**1313 North Market Street, 6th Floor**
**Wilmington, DE 19801**
**302-984-6000**
**kgood@potteranderson.com**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| EO Charging US, Inc.,[1] | Case No. 25- _____ (\_\_\_) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, EO Charging US, Inc., who is a debtor in the above-captioned case (the "Debtor"), hereby states as follows:

1. A list of the Debtor's equity interest holders, their addresses, and the nature of their equity interests is below.[2] No publicly traded corporation owns more than ten percent (10%) of the Debtor's equity interests.

2. The Debtor is wholly owned by EO Charging International Limited, located at 10 Eastbourne Terrace, London, England, W2 6LG.

---

[1] The Debtor's mailing address is 355 S. Main St., Levels 1 & 2, Greenville, SC 29601, and the last four digits of the Debtor's federal tax identification number are 9340.

[2] The Debtor reserves the right to supplement or amend the list of the Debtor's equity interest holders within fourteen days of the date hereof, pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

12492326v.1

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
# OF EO CHARGING US, INC.
*(a Delaware Corporation)*

Effective as of October 17, 2025

The undersigned, being the sole member of the board of directors (the "Board") of EO Charging US, Inc., a Delaware corporation (the "Company"), hereby adopts the following resolutions by unanimous written consent pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, without a meeting and without prior notice:

**WHEREAS**, the Board has reviewed the financial condition of the Company, including its liabilities and obligations, considered the recommendations of the Company's legal, financial, and other advisors, and has determined that it is in the best interests of the Company, its sole shareholder, and its creditors that the Company commence a voluntary case under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**FURTHER RESOLVED**, that be any of the officers of the Company and Richard James Staveley, in his capacity as director and duly authorized representative of the Company, (each, an "Authorized Person") be, and each acting alone hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to (i) execute, verify, and file (or direct others to do so on such Authorized Person's behalf as provided herein) a petition under Chapter 7 of the Bankruptcy Code with the Bankruptcy Court in such form and at such time as the Authorized Person shall determine (the "Bankruptcy Case"); (ii) execute, verify, and file all schedules, statements, motions, lists, applications, pleadings, and other documents necessary to commence and prosecute the Bankruptcy Case; and (iii) employ and retain all legal counsel, accountants and/or other professionals, and take any and all other actions, which such Authorized Person deems to be necessary, convenient, desirable, advisable, or appropriate in connection with the Bankruptcy Case;

**FURTHER RESOLVED**, that the Company is hereby authorized to retain the law firm of Potter Anderson & Corroon LLP as its bankruptcy counsel in connection with the Bankruptcy Case;

**FURTHER RESOLVED**, that that the Authorized Person, and any employees or agents (including legal counsel) of the Company designated or directed by the Authorized Person, shall be, and each hereby is, authorized, empowered, and directed to take or cause to be taken all steps and to do or cause to be done all acts and things, including the execution and delivery of any documents or instruments, as such Authorized Person deems necessary, convenient, desirable, advisable, or appropriate to carry out, comply with, and/or effectuate the purposes and intents of the foregoing resolutions and the transactions contemplated hereby, such determination to be conclusively evidenced by the taking of such steps and the doing of such acts and things;

**FURTHER RESOLVED**, that all actions taken by any director or Authorized Person for or in the name and on behalf of the Company prior to the adoption of these resolutions in connection with the matters contemplated hereby are hereby ratified, confirmed, and approved in all respects.

**FURTHER RESOLVED**, that this Unanimous Written Consent may be executed by facsimile, telecopy, or other reproduction.

**IN WITNESS WHEREOF**, the undersigned, constituting all the directors of the Company, have executed this Unanimous Written Consent as of the date first written above.

*Richard Staveley*
Richard Staveley (Oct 20, 2025 10:47:01 GMT+1)

**Richard James Staveley**
Director